# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| VOLTSTAR TECHNOLOGIES, INC., | Case No.: 4:23-cv-00281-HSG |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT** |
| v. | |
| PEAK DESIGN | |
| Defendant. | |

Before the Court is Plaintiff's Administrative Motion to Extend Defendant's time to respond to the Plaintiff's Complaint.

The Court, having considered the Motion and having found good cause, thereby **ORDERS** that the Motion is **GRANTED**, and Defendant will up to and including March 7, 2023 to answer or otherwise respond to the Complaint.

**SO ORDERED.**

DATED: 2/13/2023

*/s/ Haywood S. Gilliam, Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

1